## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alena Churina, | No. CV-26-02180-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, | |
| Respondent. | |

Petitioner challenged her present immigration detention, arguing her detention has become prolonged and she has been denied a bond hearing before a neutral decisionmaker. (Doc. 1.)  The Court directed Respondents to answer the Petition.  (Doc. 4.)  Respondents' response stated:

> Respondent does not oppose Petitioner's request for a bond hearing at this time.

(Doc. 10.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition in part and granting a bond hearing.

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

2. Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3.  Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

4.  Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 1st day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -